STATE v. CONWAY

No. 389A92-2

Case below: Richmond County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Richmond County denied 5 November 1998.


STATE v. GEIGER

No. 419P98

Case below: 130 N.C.App. 758

Motion by Attorney General to dismiss notice of appeal allowed 5 November 1998. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 November 1998. Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 5 November 1998.